Northwestern Expanded Metal Company, appellee, v. Judson Freight Forwarding Company, appellant. Gen. No. 30,676.
Bill for discovery and an accounting. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 13, 1926.
Hummer, Buckley & Hummer, for appellant; John S. Hummer, of counsel. Brown, Fox & Blumberg, for appellee; Jacob Logan Fox, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

Charles W. Vlach, appellee, v. Henry W. Bowman and Ellen M. Bowman, appellants. Gen. No. 30,738.
Action for services as real estate broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded. Opinion filed October 13, 1926.
Freeman, Mason, Igoe & Flaherty, for appellants. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Max J. Wester, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

Advance Window Frame Company, appellee, v. Jens K. Doe, appellant. Gen. No. 30,750.
Action for damages for negligence of surveyor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.
Elmer W. Adkinson, for appellant. Joseph F. Edward, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

Charles W. Helsel, appellant, v. M. L. Rau, appellee. Gen. No. 30,760.
Bill to restrain interference with tenant's use of leased premises. Decree for defendant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded with directions. Opinion filed October 13, 1926.
J. C. K. Lindhout and E. C. Howard, for appellant. Edward I. Rothbart and Wharton Plummer, for appellee.
Mr. Justice Thomson delivered the opinion of the court.